UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

74 PINEHURST LLC, et al.,

                        Plaintiffs,

    -v.-

STATE OF NEW YORK, et al.,

                        Defendants.

Case No. 19-cv-6447-MKB-RLM

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that Jordan S. Joachim, an attorney duly admitted to practice before this Court and resident in Covington & Burling LLP's New York Office, hereby appears as counsel on behalf of Plaintiffs 74 Pinehurst LLC, 141 Wadsworth LLC, 177 Wadsworth LLC, Dino Panagoulias, Dimos Panagoulias, Vasiliki Panagoulias, and Eighty Mulberry Realty Corporation in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

        Jordan S. Joachim
        COVINGTON & BURLING LLP
        The New York Times Building
        620 Eighth Avenue
        New York, NY 10018-1405
        Tel.: (212) 841-1000
        E-mail: jjoachim@cov.com

|  |  |  |
|---|---|---|
| Dated: | New York, New York<br>November 26, 2019 | COVINGTON & BURLING LLP<br><br>By:  */s/ Jordan S. Joachim*  <br>      Jordan S. Joachim<br><br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018-1405<br>(212) 841-1000<br>jjoachim@cov.com<br><br>*Attorney for Plaintiffs* |