**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| 74 PINEHURST LLC, et al., | |
| Plaintiffs, | Case No. 19-cv-6447-MKB-RLM |
| -v.- | |
| STATE OF NEW YORK, et al., | **NOTICE OF APPEARANCE** |
| Defendants. | |

PLEASE TAKE NOTICE that Kevin King, an attorney admitted to practice before this Court *pro hac vice* and partner in Covington & Burling LLP's Washington, D.C. Office, hereby appears as counsel on behalf of Plaintiffs 74 Pinehurst LLC, 141 Wadsworth LLC, 177 Wadsworth LLC, Dino Panagoulias, Dimos Panagoulias, Vasiliki Panagoulias, and Eighty Mulberry Realty Corporation in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

> Kevin King
> COVINGTON & BURLING LLP
> One CityCenter, 850 Tenth St. NW
> Washington, DC 20001-4596
> Tel.: (202) 662-5488
> E-mail: kking@cov.com

| | |
|---|---|
| Dated: Washington, DC<br>December 5, 2019 | COVINGTON & BURLING LLP<br><br>By:  /s/ Kevin King  <br>       Kevin King<br><br>Covington & Burling LLP<br>One CityCenter, 850 Tenth St. NW<br>Washington, DC 20001-4596<br>(202) 662-5488<br>kking@cov.com<br><br>*Attorney for Plaintiffs* |