

December 10, 2019

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>74 Pinehurst LLC et al v. State Of New York et al</u>, 19-cv-06447-MKB-RLM

Dear Judge Brodie:

      We write to request that the court allow N.Y. Tenants and Neighbors (T&N), Community Voices Heard (CVH), and Coalition for the Homeless (the Coalition) to permissively intervene in this case pursuant to F.R.C.P. 24 on behalf of their members, including thousands of rent stabilized tenants who stand to lose their homes if Plaintiffs prevail in this action. Permissive intervention is appropriate here for the reasons expressed in our motion to intervene in the related case, which the Court has already granted. *See Community Housing Improvement Program, et al. v. City of New York, et al.*, 19-cv-4087, ECF Nos. 31, 34. Neither Plaintiffs nor Defendants oppose this motion.

Respectfully submitted,

  /s/ *Sean Baldwin*

| | | |
|---|---|---|
| Sean Baldwin | Edward Josephson | Judith Goldiner |
| Caitlin Halligan | Pavita Krishnaswamy | Attorney in Charge |
| Thad Eagles (*pro hac vice* pending) | Directors of Litigation | Civil Law Reform Unit |
| SELENDY & GAY, PLLC | Legal Services NYC | Ellen Davidson, of counsel |
| 1290 Avenue of the Americas | 105 Court Street, 4th floor | The Legal Aid Society |
| New York, NY 10104 | Brooklyn, NY 11201 | 199 Water St., 3rd Floor |
| Tel: 212-390-9000 | 718-237-5538 | New York, N.Y. 10038 |
| sbaldwin@selendygay.com | ejosephson@lsnyc.org | 212-577-3332 |
| challigan@selendygay.com | pkrishnaswamy@lsnyc.org | JGoldiner@legal-aid.org |
| teagles@selendygay.com | | |

*Attorneys for Tenants and Neighbors, Community Voices Heard, and Coalition for the Homeless*