Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Sean Baldwin
Partner
212 390 9007
sbaldwin@selendygay.com



November 5, 2020

**Via ECF**

Honorable Eric Komitee
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *74 Pinehurst LLC, et al. v. State of New York, et al.,* **19** Civ. **6447**

Dear Judge Komitee,

     We write on behalf of Intervenors Community Voices Heard, Coalition for the Homeless, and N.Y. Tenants & Neighbors in the above-referenced case and in response to Plaintiffs' October 22, 2020 letter, ECF No. 90 (the "Letter").

     The Letter indicated that the Second Circuit had placed the appeal in *Community Housing Improvement Program v. City of New York*, No. 20-336 ("*CHIP*"), on its Expedited Calendar such that the appellants' opening brief would be due on November 25.

     The Second Circuit subsequently granted the parties' joint motion to remove *CHIP* from its Expedited Calendar and ordered the appellants to file a scheduling notification letter by tomorrow, November 6, requesting a deadline for their opening brief.  *See* 2d Cir. Local R. 31.2(a)(1)(A).  The Second Circuit's order is attached hereto as Exhibit A.

Sincerely,

*/s/ Sean Baldwin*
Sean Baldwin
Partner

Honorable Eric Komitee
November 5, 2020

Encl:  Exhibit A

Cc:    Counsel of record (via ECF)