UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

74 PINEHURST LLC; 141 WADSWORTH LLC; 177 WADSWORTH LLC; DINO PANAGOULIAS; DIMOS PANAGOULIAS; VASILIKI PANAGOULIAS; EIGHTY MULBERRY REALTY CORPORATION,

    Plaintiffs,

v.

STATE OF NEW YORK; NEW YORK DIVISION OF HOUSING AND COMMUNITY RENEWAL; RUTHANNE VISNAUSKAS, individually and in her official capacity as Commissioner of New York State Division of Housing and Community Renewal; CITY OF NEW YORK; NEW YORK CITY RENT GUIDELINES BOARD; DAVID REISS, CECILIA JOZA, ALEX SCHWARTZ, GERMAN TEJEDA, MAY YU, PATTI STONE, J. SCOTT WALSH, LEAH GOODRIDGE, and SHEILA GARCIA, in their official capacities as Chair and Members of the Rent Guidelines Board,

    Defendants,

-and-

N.Y. TENANTS AND NEIGHBORS; COMMUNITY VOICES HEARD; COALITION FOR THE HOMELESS

    Intervenor-Defendants.

No. 19-cv-6447-EK-RLM

---

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to this action stipulate to the dismissal with prejudice of all claims not previously dismissed by the Court's Order dated September 30, 2020 (ECF No. 79). Each party shall bear its own fees and costs.

/s/ _____

Jonathan M. Sperling
Jordan S. Joachim
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: (212) 841-1000
Fax: (212) 841-1010
jsperling@cov.com
jjoachim@cov.com

Mark W. Mosier (admitted *pro hac vice*)
Kevin King (admitted *pro hac vice*)
Michael Maya (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: (202) 662-6000
Fax: (202) 662-6291
mmosier@cov.com
kking@cov.com
mmaya@cov.com

**Attorneys for Plaintiffs**

Date: 02/05/21

/s/ _____

Michael A. Berg
Shi-Shi Wang
Office of the NYS Attorney General
Litigation Bureau
New York, NY 10005
Tel: (212) 416-8651
Fax: (212) 416-6075
michael.berg@ag.ny.gov
shi-shi.wang@ag.ny.gov

**Attorneys for Defendants**
**State of New York, New York**
**Division of Housing and**
**Community Renewal, RuthAnne**
**Visnauskas, individually and in her**
**official capacity as Commissioner**
**of New York State Division of**
**Housing and Community Renewal**

Date: 02/05/21

2

/s/ Rachel K. Moston

Rachel Kane Moston
Claudia Brodsky
100 Church Street
New York, NY 10007
Tel: (212) 356-2190
Fax: (212) 356-2019
rmoston@law.nyc.gov
cbrodsky@law.nyc.gov

*Attorneys for Defendants City of New York, New York City Rent Guidelines Board, David Reiss, Cecilia Joza, Alex Schwartz, German Tejada, May Yu, Patti Stone, J. Scott Walsh, Leah Goodridge, Sheila Garcia, in their official capacities as Chair and Members of the Rent Guidelines Board*

Date: 2/5/2021

/s/ Caitlin Halligan

Caitlin Joan Halligan
Sean Baldwin
Babak Ghafarzade
Michael Duke
Selendy & Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 390-9000
challigan@selendygay.com
sbaldwin@selendygay.com
bghafarzade@selendygay.com
mduke@selendygay.com

Edward J Josephson
South Brooklyn Legal
Services Corp.
105 Court Street
Brooklyn, NY 11201
Tel: (718) 237-5538
edwardj@sbls.lsny.org

*Attorneys for Intervenor-Defendants N.Y. Tenants and Neighbors, Community Voices Heard, Coalition for the Homeless*

Date: 2/5/2021

3