UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
74 PINEHURST LLC, 141 WADSWORTH LLC,
177 WADSWORTH LLC, DINO PANAGOULIAS,
DIMOS PANAGOULIAS, et al.,

                        Plaintiffs,                    JUDGMENT
                                                     19-cv-6447(EK)(RLM)

    -against-

STATE OF NEW YORK, NEW YORK DIVISION
OF HOUSING AND COMMUNITY RENEWAL,
RUTHANNE VISNAUSKAS, et al.,
                        Defendants.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable Eric Komitee, United States District Judge, having been filed on September 30, 2020, granting Defendants' motions to dismiss all claims except the as-applied regulatory-takings claims brought by Eighty Mulberry Realty Corporation and the Panagouliases; dismissing the Pinehurst Plaintiffs' claims against the State of New York and the DHCR for lack of subject-matter jurisdiction, as well as their claims for damages against DHCR Commissioner Visnauskas in her official capacity; it is

       ORDERED and ADJUDGED that Judgment is entered in favor of Defendants the State of New York and the DHCR, and in favor of Defendant DHCR Commissioner Visnauskas in her official capacity with respect to damages.

Dated: Brooklyn, NY                                      Douglas C. Palmer
       February 11, 2021                                Clerk of Court

                                                            By: */s/Jalitza Poveda*
                                                                Deputy Clerk