Clerk's Office
Filed Date:

03/05/2021

U.S. DISTRICT
COURT
EASTERN DISTRICT
OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒ X

74 PINEHURST LLC, 141 WADSWORTH LLC,
177 WADSWORTH LLC, DINO PANAGOULIAS,
DIMOS PANAGOULIAS, et al.,

Plaintiffs,

JUDGMENT
19-cv-6447(EK)(RLM)

-against-

STATE OF NEW YORK, NEW YORK DIVISION
OF HOUSING AND COMMUNITY RENEWAL,
RUTHANNE VISNAUSKAS, et al.,
Defendants.

‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒ X

A Memorandum and Order of Honorable Eric Komitee, United States District Judge,

having been filed on September 30, 2020, granting Defendants' motions to dismiss all claims

except the as-applied regulatory-takings claims brought by Eighty Mulberry Realty Corporation

and the Panagouliases; dismissing the Pinehurst Plaintiffs' claims against the State of New York

and the DHCR for lack of subject-matter jurisdiction, as well as their claims for damages against

DHCR Commissioner Visnauskas in her official capacity, and a stipulation of voluntary

dismissal having been executed by all parties with respect to the as-applied regulatory-takings

claims brought by Eighty Mulberry Realty Corporation and the Panagouliases, it is

ORDERED and ADJUDGED that Judgment is entered in favor of Defendants the State

of New York and the DHCR; Defendant DHCR Commissioner Visnauskas; Defendants the City

of New York, New York City Rent Guidelines Board, David Reiss, Cecilia Joza, Alex Schwartz,

German Tejada, May Yu, Patti Stone, J. Scott Walsh, Leah Goodridge, Sheila Garcia, in their

official capacities as Chair and Members of the Rent Guidelines Board; and Intervenor-

Defendants N.Y. Tenants and Neighbors, Community Voices Heard, Coalition for the Homeless.

Dated: Brooklyn, NY
        March 5, 2021

Douglas C. Palmer
Clerk of Court

By: *Jalitza Poveda*
        Deputy Clerk