UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| 74 PINEHURST LLC; 141 WADSWORTH LLC; 177 WADSWORTH LLC; DINO PANAGOULIAS; DIMOS PANAGOULIAS; VASILIKI PANAGOULIAS; EIGHTY MULBERRY REALTY CORPORATION,<br><br>                Plaintiffs,<br><br>   v.<br><br>STATE OF NEW YORK; NEW YORK DIVISION OF HOUSING AND COMMUNITY RENEWAL; RUTHANNE VISNAUSKAS, individually and in her official capacity as Commissioner of New York State Division of Housing and Community Renewal; CITY OF NEW YORK; NEW YORK CITY RENT GUIDELINES BOARD; DAVID REISS, CECILIA JOZA, ALEX SCHWARTZ, GERMAN TEJEDA, MAY YU, PATTI STONE, J. SCOTT WALSH, LEAH GOODRIDGE, and SHEILA GARCIA, in their official capacities as Chair and Members of the Rent Guidelines Board,<br><br>                Defendants,<br><br>   -and-<br><br>N.Y. TENANTS AND NEIGHBORS; COMMUNITY VOICES HEAR; COALITION FOR THE HOMELESS<br><br>                Intervenor-Defendants. | No. 19-cv-6447-EK-RLM |

## **NOTICE OF APPEAL**

Notice is given that Plaintiffs 74 Pinehurst LLC, 141 Wadsworth LLC, 177 Wadsworth LLC, Dino Panagoulias, Dimos Panagoulias, Vasiliki Panagoulias, and Eighty Mulberry Realty

Corporation hereby appeal to the United States Court of Appeals for the Second Circuit the March 5, 2021 Final Judgment issued by this Court (ECF No. 105), including (1) the September 30, 2020 Memorandum and Order (ECF No. 79), and (2) all other orders and rulings issued in this action.  Plaintiffs previously noticed an appeal with respect to these rulings, but are filing this supplemental notice of appeal in light of the Court's issuance of an amended judgment on March 5.  Plaintiffs will move to consolidate the new appeal with their appeal currently pending in the Second Circuit (No. 21-467).

          Respectfully submitted,

          */s/ Jonathan M. Sperling*
          Jonathan M. Sperling
          Jordan S. Joachim
          COVINGTON & BURLING LLP
          The New York Times Building
          620 Eighth Avenue
          New York, New York 10018-1405
          Tel: (212) 841-1000
          Fax: (212) 841-1010
          jsperling@cov.com
          jjoachim@cov.com

          Mark W. Mosier (admitted *pro hac vice*)
          Kevin King (admitted *pro hac vice*)
          Michael Maya (admitted *pro hac vice*)
          COVINGTON & BURLING LLP
          One CityCenter
          850 Tenth Street, NW
          Washington, DC 20001-4956
          Tel: (202) 662-6000
          Fax: (202) 662-6291
          mmosier@cov.com
          kking@cov.com
          mmaya@cov.com

          *Attorneys for Plaintiffs*

March 9, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2021, a copy of the foregoing Notice of Appeal was filed electronically with the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

                                              */s/ Jonathan M. Sperling*
                                             Jonathan M. Sperling
                                             COVINGTON & BURLING LLP
                                             The New York Times Building
                                             620 Eighth Avenue
                                             New York, New York 10018
                                             Tel: (212) 841-1000
                                             Fax: (212) 841-1010
                                             jsperling@cov.com